# Exhibit B

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 6,321,095 B1                                           Page 1 of 1
APPLICATION NO.    : 09/277478
DATED              : November 20, 2001
INVENTOR(S)        : Sherman Gavette

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 23, Line 15, insert the following text after "second mobile station" and before "the:"

--transmit a first request signal on a first sub-portion of the first portion of the RF band directly to the second mobile station to request communications between the first mobile station and the second mobile station,
   establish, in response to receiving a first acknowledge signal from the second mobile station, a direct communication link between the first mobile station and the second mobile station on the first portion of the RF band,
   receive from the second mobile station a public encryption key generated using a private encryption key associated with the second mobile station,
   generate a message containing a common encryption key (Ckey);
   encrypt the message using the public encryption key to generate an encrypted message,
   provide the encrypted message to the second mobile station so that the second mobile station may decrypt the encrypted message using the private encryption key and extract the Ckey,
   wherein, messages exchanged between the first and second mobile stations are encrypted using the Ckey; and
   wherein the second mobile station is configured to transmit, in response to receiving the first request signal from the first mobile station,--



Signed and Sealed this
Twenty-third Day of May, 2017

Michelle K. Lee
*Director of the United States Patent and Trademark Office*