**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ENCODITECH LLC,** | § § § | |
| *Plaintiff*, | § | |
| v. | § § | Civil Action No. SA-18-CV-01335-XR |
| **CITIZEN WATCH COMPANY OF AMERICA, INC.,** | § § § § § § | |
| *Defendant.* | | |

**ORDER SETTING STATUS CONFERENCE AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on Thursday, May 02, 2019 at 10:30 AM. in Courtroom Number 3, John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Blvd., San Antonio, Texas 78206. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED March 21, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1